SEALED
REDACTED COPY
FILED
APR 17 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>VS.<br><br>DEUANDRE JERMORE WILLIAMS (1),<br>　aka "DRE"<br>　aka "D.R.E."<br>JUSTIN TREMAYNE WOOLEY (2),<br>　aka "JUTT"<br>DEREK DESHON WILLIAMS (3),<br>JOHNNY EARL HUGHES (4),<br>ANDRE JARRELL WILLIAMS (5),<br>　aka "RED"<br>FREDDIE LEE SCOTT (6),<br>　aka "LIL FREDDIE"<br>MARSHALL LEE BRADDY (7),<br>DARRIAL GENE CARTER (8),<br>　aka "BOOTCHIE"<br>　aka "DC"<br>SALVADOR BARRIOS-MESAS (9),<br>　aka "JORGE UGARTE"<br>CYNTHIA CORINA VALDEZ (10),<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§ | INDICTMENT<br>SA19CR0264 FB<br><br>▶ **COUNT 1:** Vio: 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B)/(C): Conspiracy to Possess with intent to Distribute Cocaine Base, Methamphetamine, and Cocaine<br>▶ **COUNTS 2-4:** Vio: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B), 18 U.S.C. § 2: Possession with intent to Distribute Cocaine Base and Methamphetamine, Aiding and Abetting<br>▶ **COUNT 5:** Vio: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B): Possession with intent to Distribute Methamphetamine<br>▶ **COUNTS 6-10:** Vio: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B), 18 U.S.C. § 2: Possession with intent to Distribute Methamphetamine and Cocaine, Aiding and Abetting |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B)/(C)]

Beginning on or about June 1, 2016, the exact date unknown, and continuing until the date of this indictment, in the Western District of Texas, Defendants,

**DEUANDRE JERMORE WILLIAMS (1),
JUSTIN TREMAYNE WOOLEY (2),
DEREK DESHON WILLIAMS (3),
JOHNNY EARL HUGHES (4),**

ANDRE JARRELL WILLIAMS (5),
FREDDIE LEE SCOTT (6),
MARSHALL LEE BRADDY (7),
DARRIAL GENE CARTER (8),
SALVADOR BARRIOS-MESAS aka "JORGE UGARTE" (9), and
CYNTHIA CORINA VALDEZ (10),

knowingly and intentionally conspired, combined, confederated, and agreed together, and with each other, and with others, to commit the following offenses against the United States: to distribute a controlled substance, which offense involved cocaine base, methamphetamine, and cocaine, Schedule II Controlled Substances, in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(A), 841(b)(1)(B) and 841(b)(1)(C).

## QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing a controlled substance involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY |
|---|---|
| Deuandre Williams (1) | 28 grams or more of a mixture or substance containing a detectable amount of cocaine base; |
| | 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine; |
| | A mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers; |
| Justin Wooley (2) | 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine; |
| | 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers; |
| Derek Williams (3) | 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine; |

| | |
|---|---|
| Johnny Hughes (4) | 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers; |
| Andre Williams (5) | 28 grams or more of a mixture or substance containing a detectable amount of cocaine base;<br><br>50 grams or more of a mixture or substance containing a detectable amount of methamphetamine;<br><br>A mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers; |
| Freddie Scott (6) | 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine;<br><br>A mixture or substance containing a detectable amount of cocaine base; |
| Marshall Braddy (7) | 28 grams or more of a mixture or substance containing a detectable amount of cocaine base;<br><br>50 grams or more of a mixture or substance containing a detectable amount of methamphetamine; |
| Darrial Carter (8) | 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine; |
| Salvador Barrios-Mesas (9) | 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers; |
| Cynthia Valdez (10) | 28 grams or more of a mixture or substance containing a detectable amount of cocaine base; |

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]

That on or about August 21, 2018, in the Western District of Texas, Defendants,

**DEUANDRE JERMORE WILLIAMS (1),** and

3

## ANDRE JARRELL WILLIAMS (5),

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2.

## COUNT THREE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]

That on or about September 5, 2018, in the Western District of Texas, Defendants,

## DEUANDRE JERMORE WILLIAMS (1),
## ANDRE JARRELL WILLIAMS (5), and
## MARSHALL LEE BRADDY (7),

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a schedule II Controlled Substance, and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2.

## COUNT FOUR
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]

That on or about October 11-12, 2018, in the Western District of Texas, Defendants,

## DEUANDRE JERMORE WILLIAMS (1),
## ANDRE JARRELL WILLIAMS (5), and
## CYNTHIA CORINA VALDEZ (10),

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 28 grams or more of a mixture

or substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2.

## COUNT FIVE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

That on or about October 24, 2018, in the Western District of Texas, Defendant,

**FREDDIE LEE SCOTT (6),**

did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT SIX
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]

That on or about November 16, 2018, in the Western District of Texas, Defendant,

**JUSTIN TREMAYNE WOOLEY (2)**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2.

## COUNT SEVEN
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]

That on or about December 10, 2018, in the Western District of Texas, Defendants,

**JUSTIN TREMAYNE WOOLEY (2), and
DEREK DESHON WILLIAMS (3),**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2.

## COUNT EIGHT
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]**

That on or about January 9, 2019, in the Western District of Texas, Defendants,

**JUSTIN TREMAYNE WOOLEY (2), and
DARRIAL GENE CARTER (8),**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess, and attempt to posses, with the intent to distribute, a controlled substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2.

## COUNT NINE
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]**

That on or about January 24, 2019, in the Western District of Texas, Defendants,

**JUSTIN TREMAYNE WOOLEY (2),
JOHNNY EARL HUGHES (4), and
SALVADOR BARRIOS-MESAS aka "JORGE UGARTE" (9),**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 500 grams or more of a mixture

or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2.

## COUNT TEN
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]

That on or about January 24, 2019, in the Western District of Texas, Defendants,

**JUSTIN TREMAYNE WOOLEY (2), and**
**DEREK DESHON WILLIAMS (3)**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2.



FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
ERIC FUCHS
Assistant United States Attorney